# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED
RECEIVED
LODGED
COPY

APR 0 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY  SMH                    DEPUTY

# WITNESS LIST  ---  CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☐ Jury Trial

USA vs. Steinbart, Austin, R                    No. 20-9119-MJ
Last, First, Middle Initial    Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☐ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Brian McCarthy, FBI Special Agent | G | 4/7/20 | 4/7/20 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |