

**United States District Court**
for
**District of Arizona**

U. S. A. vs. Austin Ryan Steinbart
Docket No. 2:20-mj-09119-ESW-1
AUSA: Raymond K. Woo
Defense Attorney: Benjamin Robert Good

T- **SEALED**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JUSTIN LAUBY**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Austin Ryan Steinbart, who was released by the Honorable Michell H. Burns sitting in the Court at Phoenix, on the 3rd day of April, 2020, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) Maintain or actively seek employment (combination work/school) and provide proof of such to Pretrial Services.

The defendant has failed to provide Pretrial Services with proof of his employment with Defense Intelligence Agency.

2) The defendant shall report to Pretrial Services as directed.

The defendant failed to report to Pretrial Services by telephone on April 21, 2020, as requested.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

cc: PTS

Page 2
RE: Austin Ryan Steinbart
April 22, 2020

_____    April 22, 2020
Justin Lauby                                              Date
U.S. Pretrial Services Officer

Reviewed by

_____    April 22, 2020
Gilbert Lara                                              Date
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 22 day of April, 2020, and ordered filed and made a part of the records in the above case.

_____
The Honorable MICHELLE H. BURNS
U.S. Magistrate Judge