AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

United States of America
v.

Austin Ryan Steinbart
*Defendant*

Case No. 20-09119MJ-001-PHX-ESW

FILED ___ LODGED
☑ RECEIVED ___ COPY

APR 2 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Austin Ryan Steinbart,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date:  April 22, 2020

*Issuing officer's signature*

City and state:  Phoenix, Arizona

Caryn Smith, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/22/2020, and the person was arrested on *(date)* 04/23/2020
at *(city and state)* Phoenix, AZ.

Date: 04/23/2020

*Arresting officer's signature*  ᴅDUSM

USMS
*Printed name and title*

cc: PTS