JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

BENJAMIN GOOD
New York State Bar #5415914
Asst. Federal Public Defender
Attorney for Defendant
benjamin_good@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Austin Ryan Steinbart,<br><br>　　　　Defendant. | No. CR-20-00485-PHX-SPL<br><br>**NOTICE OF DEFENDANT'S ASSERTION OF RIGHT TO SELF-REPRESENATION UNDER THE SIXTH AMENDMENT**<br><br>**AND**<br><br>**MOTION FOR HEARING PURSUANT TO *FARETTA V. CALIFORNIA* TO ASSESS KNOWINGNESS AND INTELLIGENCE OF WAIVER OF COUNSEL** |

　　　　Defendant Austin Ryan Steinbart, through the undersigned counsel, hereby respectfully asserts his constitutional right under the Sixth Amendment to defend himself without the assistance of counsel and moves for the Court to set a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975), for a determination that his waiver of counsel is knowing and intelligent. A firm trial date is currently set for November 16, 2020, and Mr. Steinbart therefore requests that the *Faretta* hearing be set as soon as possible. Mr. Steinbart does not seek a continuance of the trial.

Respectfully submitted: October 19, 2020,

JON M. SANDS
Federal Public Defender

 *s/Benjamin Good*
BENJAMIN GOOD
Asst. Federal Public Defender