MICHAEL BAILEY
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
E-mail: Raymond.woo@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
E-mail: james.knapp2@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-0485-PHX-SPL |
|---|---|
| Plaintiff, | **MOTION TO DISMISS FORFEITURE ALLEGATION** |
| v. | |
| Austin Ryan Steinbart, | |
| Defendant. | |

The United States moves to dismiss the forfeiture allegation in the Indictment (ECF No. 63). The United States intended to file a bill of particulars and pursue forfeiture of certain devices seized from Defendant Austin Steinbart and known to contain sensitive third-party information. After conferring with Steinbart, however, the parties have agreed that the United States will dismiss the forfeiture allegation in exchange for Steinbart's agreement that the United States will erase all data on the devices that have such information (namely, his iPhone and iPad) before returning the devices at the conclusion of the case.

Accordingly, the United States moves to dismiss the forfeiture allegation in the Indictment.

Respectfully submitted this 30th day of October 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ James Knapp*
RAYMOND K. WOO
JAMES R. KNAPP
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System and caused a copy to be mailed to the following:

Austin Ryan Steinbart
#35841-508
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

*s/ James Knapp*
U.S. Attorney's Office