IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00485-01-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Austin Ryan Steinbart, | |
| Defendant. | |

Before the Court is Defendant Austin Ryan Steinbart's "Expedited Motion for Reconsideration of Pretrial Detention Decision Due to New Information and Previous Reliance on Erroneous or Incomplete Information." (Doc. 116) Defendant seeks reconsideration of the Magistrate Judge's Pretrial Detention Order. (Minute Entry 59, Doc. 61)

Due to the time-sensitive nature of this Motion,

**IT IS ORDERED** setting the following expedited briefing schedule:

1. The United States has until **November 30, 2020** to file a response to the Expedited Motion for Reconsideration. (Doc. 116)

2. Following the response, Defendant has until **December 3, 2020** to file a reply.

Dated this 19th day of November, 2020.

Honorable Steven P. Logan
United States District Judge