# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL　　　　　　　　DATE: 4/5/2021

　　　　　　　　　　　　RE: CASE #  CR-20-00485-01-PHX-SPL

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant   Austin Ryan Steinbart　　　　　　　USM #35841-508

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

　　　　 **X**　　Time Served

　　　　＿＿　　Probation

　　　　＿＿　　Dismissal

ADDITIONAL INSTRUCTIONS:

　　　　　　　　　　　　　　　　DEBRA D. LUCAS, CLERK/DCE

　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　Lisa Richter
　　　　　　　　　　　　　　　　Courtroom Deputy

cc: USMS (by cd)